COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ANN TOMLINSON, Respondent, v. JOHN ARWINE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of CLIFFORD H. McCALL and ARTHUR SEWELL, 2ND, Copartners Doing Business, etc., for a Prohibition Order and a Mandamus Order against Justice SALVATORE A. COTILLO, Justice of the Supreme Court of the State of New York, County of New York, and IRMA J. BROWN.— Motion for reargument denied; motion for a stay granted. [See *ante*, p. 978.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, APRIL, 1939.
### (April 3, 1939.)

PETER AMAZON, Appellant, v. THE EAST NEW YORK SAVINGS BANK, Respondent. — Plaintiff assigned his $1,500 bank account to the defendant until a $10,500 mortgage should be reduced to $9,000. More than three years after the assignment the mortgage had not been reduced in any amount, and interest thereon and taxes on the mortgaged premises were unpaid. Defendant, holder of the mortgage, commenced a foreclosure action, deducted $1,500 from the amount due on the mortgage indebtedness, and obtained a judgment of foreclosure and sale based on a principal mortgage indebtedness of $9,000. The mortgaged property was sold to defendant for $5,000; and defendant made no application for a deficiency judgment. Plaintiff brought this action to recover the moneys in the assigned bank account, contending that the defendant had no right to the money in the account until defendant had first applied for a deficiency judgment. After trial by the court without a jury, judgment was rendered on the merits in favor of defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. [168 Misc. 738.]

PAUL ASCENZO, YOLA ASCENZO, an Infant, by Her Guardian ad Litem, PAUL ASCENZO, Respondents, v. VINCENT PANETTIERRI and ANGELO BRESCIA, Appellants.— Plaintiffs, father and child, sue to recover damages for personal injuries sustained when they were struck by an automobile truck owned by defendant Panettierri and operated by defendant Brescia. The father also sues for loss of services. The father recovered a verdict for $20,000 and the infant a verdict for $50, and defendants appeal from the judgment entered thereon and from two orders denying their motions to set aside the verdict, vacate the judgment and grant a new trial. Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

DAVID BANDLER, Appellant, v. MILDRED STERRETT QUINN, Respondent.— From a judgment in an equitable action dismissing the plaintiff's complaint on the merits upon a stipulated statement of facts, the plaintiff appeals. Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.